KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRENSO DIVISION

| | |
|---|---|
| JEFFERY JONES,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>　　　　Defendant. | Case # 1:16-cv-1718-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel unwell and has been in and out of urgent care due to the illness. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on August 13, 2017.

　　The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated July 14, 2017:　　　　/s/ Kelsey M Brown
　　　　　　　　　　　　　　KELSEY MACKENZIE BROWN CA #263109
　　　　　　　　　　　　　　Mackenzie Legal, PLLC

Page 1　　STIPULATION
　　　　　[1:16-CV-001718-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

|   |   |
|---|---|
|   | 1003 Whitman |
|   | Tacoma, WA 98406 |
|   | (206) 300-9063 |
|   | Attorney for Plaintiff |

Dated July 14, 2017:            s/ KELSEY M. BROWN for Daniel Talbert
                                DANIEL TALBERT
                                (per e-mail authorization)
                                Special Assistant U.S. Attorney
                                Office of the General Counsel

                                Of Attorneys for Defendant

Page 2    STIPULATION
         [1:16-CV-001718-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on August 13, 2017. The Court's Scheduling Order (Doc. 6) is modified accordingly.

IT IS SO ORDERED.

Dated: __**July 17, 2017**__          /s/ *Erica P. Grosjean*
                                      UNITED STATES MAGISTRATE JUDGE

Page 3   STIPULATION
         [1:16-CV-001718-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063