KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JEFFERY JONES,<br><br>       Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>       Defendant. | Case # 1:16-CV-01718-EPG<br><br>STIPULATED CONTINUANCE AND ORDER THEREON |

The parties hereby stipulate by counsel and per the court's minute order, for a continuance of the oral hearing in this case. Plaintiff's counsel is unwell and unable to appear today. As a solo practitioner, Plaintiff's counsel is unable to get another attorney to cover for this hearing. Parties stipulate to a continuance in this case to the court's next available hearing date. The parties only conflict is next Tuesday 2/13/18, due to oral hearing at the 9th circuit.

The parties stipulate that the Court's Order shall be modified accordingly.

Dated February 6, 2018:        /s/ Kelsey M Brown
                               KELSEY MACKENZIE BROWN CA #263109
                               Mackenzie Legal, PLLC

Page 1    STIPULATION
         [1:16-CV-01718-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated February 6, 2018:   s/ KELSEY M. BROWN for Daniel Talbert
DANIEL TALBERT
(per phone authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. The hearing on plaintiff's social security appeal is continued from 2/6/2018 to 2/15/2018 at 9:30 am.

IT IS SO ORDERED.

Dated:   **February 6, 2018**            /s/ *Erica P. Grosjean*
                                        UNITED STATES MAGISTRATE JUDGE

Page 2    STIPULATION
         [1:16-CV-01718-EPG]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063