UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY AARON JONES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>Defendant. | Case No. 1:16-cv-01718-EPG<br><br>FINAL JUDGMENT AND ORDER REGARDING PLAINTIFF'S SOCIAL SECURITY COMPLAINT |

This matter is before the Court on the Plaintiff's complaint for judicial review of an unfavorable decision of the Commissioner of the Social Security Administration regarding his application for Disability Insurance Benefits and Supplemental Security Income. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Ninth Circuit.

The Court held a hearing on February 16, 2018. Kelsey McKenzie Brown appeared telephonically on behalf of the Plaintiff, Jeffery Jones. Daniel Talbert appeared telephonically on behalf of the Commissioner of Social Security. The parties engaged in substantial evaluation of

1

the merits of Plaintiff's complaint.  At the conclusion of the hearing, the Court ruled in favor of the Commissioner and explained her reasons in detail on the record.

Accordingly, for the reasons announced by the Court on the record at the conclusion of the parties' oral argument on February 15, 2018, the Court finds that the decision of the Commissioner of Social Security is supported by substantial evidence, and the same is hereby affirmed.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **February 15, 2018**          /s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE